*E-Filed 1/19/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY WARE, | No. C 11-4639 RS |
| Plaintiff, | **AMENDED ORDER RELATING CASES** |
| v. | |
| WALGREEN COMPANY, | |
| Defendant. | |

The parties advised the Court in their Case Management Statement of an anticipated, unopposed motion to relate the above-captioned case to *Ware v. Walgreen Co.*, No. C 12-00114. Upon review, the criteria set forth in Local Rule 3-12 are satisfied because the two actions concern the same parties and substantially the same claims. Good cause appearing, therefore, the higher-numbered action is hereby deemed related to this action and shall be reassigned accordingly.

IT IS SO ORDERED.

Dated: 1/19/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 11-4639 RS
ORDER