Scott M. Plamondon, State Bar No. 212294
Meagan D. Christiansen, State Bar No. 240679
**weintraub** tobin chediak
**coleman** grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:   916/558.6000
Facsimile:    916/446.1611

Attorneys for Defendants
WALGREEN COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY WARE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN COMPANY,<br><br>Defendants. | **Case No. CV-11-4639 RS**<br><br>**[PROPOSED] ORDER** (RS)<br><br>Complaint Filed: June 23, 2011 |

Pursuant to the agreement of the parties, the Court's prior Scheduling Order is hereby amended to permit the parties to complete mediation by September 30, 2012, prior to the further Case Management Conference, which is hereby continued to October 25, 2012.

IT IS SO ORDERED.

Dated: July 25, 2012

_____
RICHARD SEEBORG
United States District Judge

{1517068.DOC;}                                              1                                        [PROPOSED] ORDER