IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY WARE, an individual, | No. C 11-04639 RS, C 12-00114 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| WALGREEN COMPANY, KIM CHU, MICHAEL O'BRIEN and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 25, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The dates contained within the January 23, 2012 Scheduling Order remain in place, with the amendment that parties will simultaneously make their Expert Disclosures on January 18, 2013 and simultaneously make their responses on February 18, 2013.

2. A Further Case Management Conference shall be held on **January 24, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

CASE MANAGEMENT SCHEDULING ORDER

1 IT IS SO ORDERED.

2

3 DATED: 10/25/12

4 _____

5 RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2