IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

COREY WARE,

        Plaintiff,

  v.

WALGREEN COMPANY, et al.,

        Defendants.

No. C 11-04639; C 12-0114 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 24, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.    ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE. This matter is referred to a randomly assigned Magistrate Judge for the purpose of completing a settlement conference within the next sixty (60) days.

2.    DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

1 Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under
2 the Civil Events category of "Motions and Related Filings >Motions--General > Discovery
3 Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of
4 how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal
5 briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned,
6 all further discovery matters shall be filed pursuant to that Judge's procedures.

7      3.     CONSOLIDATION OF ACTIONS.  Case numbers C 11-04639 and C 12-0014
8 are hereby consolidated.  All further matters in these actions shall be filed under the case number
9 C 11-04639 RS.

11      IT IS SO ORDERED.

13 DATED:   1/24/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER